IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:10cr17WHB-LRA

PATRICIA ANN SULLIVAN
a/k/a Patricia Hallmon Sullivan
a/k/a Patricia Odom

## GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR DISCOVERY

Comes now the United States Attorney, through his Assistant, and responds to the above described motion as follows. On March 5, 2010, this Court issued an Order Regarding Discovery in the present case, setting forth the parameters by which discovery will be carried out in this case. *See* Ct. R.Doc. 9.[1] Pursuant to that Order, the Government produced discovery in this case to the Defendant's first counsel, Abby Brumley, Esq., Assistant Federal Public Defender, on April 1, 2010. The Government mailed discovery to the Defendant's new counsel, Kevin Horan, today. Because the Government has fulfilled its obligation under the Order to produce discovery in this case, the Government objects to any requests by the Defendant now in its Motion for Discovery which are inconsistent with the Order Regarding Discovery or the Federal Rules of Criminal Procedure. Therefore, the Government would respectfully request this Court deny the Defendant's Motion for Discovery.

                           Respectfully submitted,
                           DONALD R. BURKHALTER
                           United States Attorney

By:   /s/ D. Michael Hurst, Jr.
       D. MICHAEL HURST, JR.
       Assistant U.S. Attorney
       MS Bar. No. 99990

---

[1] "Ct.R. Doc." references the document number of the Court record of this case.

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the attorney of record.

    This the 3rd day of May, 2010.

                                                 /s/ D. Michael Hurst, Jr.
                                                 D. MICHAEL HURST, JR.
                                                 Assistant U.S. Attorney
                                                 MS Bar No. 99990