```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO. 3:10cr17WHB-LRA

PATRICIA ANN SULLIVAN
a/k/a Patricia Hallmon Sullivan
a/k/a Patricia Odom

## JURY VERDICT

1. As to Count 3, we, the jury, find the Defendant, Patricia Ann Sullivan

   __X__ Guilty

   _____ Not Guilty

2. As to Count 4, we, the jury, find the Defendant, Patricia Ann Sullivan

   __X__ Guilty

   _____ Not Guilty

3. As to Count 5, we, the jury, find the Defendant, Patricia Ann Sullivan

   __X__ Guilty

   _____ Not Guilty

4. As to Count 6, we, the jury, find the Defendant, Patricia Ann Sullivan

   __X__ Guilty

   _____ Not Guilty

5. As to Count 7, we, the jury, find the Defendant, Patricia Ann Sullivan

   __X__ Guilty

   _____ Not Guilty

6. As to Count 8, we, the jury, find the Defendant, Patricia Ann Sullivan

   \_\_\_\_\_ Guilty

   \_\_X\_\_ Not Guilty

7. As to Count 9, we, the jury, find the Defendant, Patricia Ann Sullivan

   \_\_\_\_\_ Guilty

   \_\_X\_\_ Not Guilty

8. As to Count 10, we, the jury, find the Defendant, Patricia Ann Sullivan

   \_\_X\_\_ Guilty

   \_\_\_\_\_ Not Guilty

9. As to Count 11, we, the jury, find the Defendant, Patricia Ann Sullivan

   \_\_\_\_\_ Guilty

   \_\_X\_\_ Not Guilty

10. As to Count 12, we, the jury, find the Defendant, Patricia Ann Sullivan

    \_\_X\_\_ Guilty

    \_\_\_\_\_ Not Guilty

11. As to Count 13, we, the jury, find the Defendant, Patricia Ann Sullivan

    \_\_\_\_\_ Guilty

    \_\_X\_\_ Not Guilty

12. As to Count 14, we, the jury, find the Defendant, Patricia Ann Sullivan

    \_\_X\_\_ Guilty

    \_\_\_\_\_ Not Guilty

13. As to Count 15, we, the jury, find the Defendant, Patricia Ann Sullivan

    \_\_\_\_\_ Guilty

    __X__ Not Guilty

14. As to Count 16, we, the jury, find the Defendant, Patricia Ann Sullivan

    \_\_\_\_\_ Guilty

    __X__ Not Guilty

This the 30th day of September, 2010.