IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:10cr17WHB-LRA

PATRICIA ANN SULLIVAN
a/k/a Patricia Hallmon Sullivan
a/k/a Patricia Odom

### GOVERNMENT'S RESPONSE TO APPLICANT'S MOTION FOR COPIES OF ALL LETTERS SUBMITTED IN CONNECTION WITH DEFENDANT'S SENTENCING

COMES NOW the United States Attorney, by and through his undersigned assistant, and files this response to Applicant's Motion for Copies of All Letters Submitted in Connection with Defendant's Sentencing. In this particular case only, and considering these particular issues, the Government does not object to the Court giving access to the Applicant of the letters received by the Court prior to the Defendant's sentencing. In light of the cases cited by the Applicant, we would ask that any personal identifying information be redacted from the letters beforehand and that the Court keep certain letters under seal, such as those reflecting "medical information from health care providers, information which may lead to harassment from the defendant, and other information for which good cause is shown." *United States v. Langston*, 2008 WL 5156625 at *1 (N.D. Miss. 2008) (unpublished).

                                                        Respectfully submitted,
                                                        JOHN M. DOWDY, JR.
                                                        United States Attorney

By:    */s D. Michael Hurst, Jr.*
                                                        D. MICHAEL HURST, JR.
                                                        Assistant U.S. Attorney
                                                        MS Bar. No. 99990

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2012, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties of record.

This the 8th day of March, 2012

       /s/ D. Michael Hurst, Jr.
D. MICHAEL HURST, JR.
Assistant U.S. Attorney
MS Bar No. 99990